# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                    Case Number: 09-37151 JHW

Debtor: Orin Wilson

| Check Number | Creditor | Amount |
|---|---|---|
| 1834594 | Bank of America, N.A. | 476.57 |

*/s/ Isabel C. Balboa*

Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   February 11, 2014